**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**DOCKET NO. 1:17-cr-00094-MOC-DLH**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Vs. | ) **JUDGMENT OF ACQUITTAL** |
| | ) |
| **FREDDIE MAX RATTLER JR.,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the February 6, 2018, Verdict of the Jury, which was returned after the trial of such matter upon an Indictment dated August 1, 2017. In that Verdict, the Jury found defendant not guilty as to all Counts. Having considered the Verdict, the Court enters the following Judgment.

**JUDGMENT**

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that defendant is **ACQUITTED** and **DISCHARGED**, and any bond given by or on behalf of the defendant is **EXHONERATED**.

Signed: February 8, 2018

Max O. Cogburn Jr
United States District Judge